# Court of Appeals
# of the State of Georgia

ATLANTA, December 01, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0158. MICHAEL C. JACKSON v. THE STATE.**

Michael C. Jackson filed the instant application for discretionary review of the trial court's order granting the State's motion to admit other acts evidence in this pending criminal case. We lack jurisdiction.

To obtain review of the order, Jackson was required to comply with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review from the trial court within ten days of the order and filing an application within ten days of the certificate. See *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989); *Holton v. State*, 173 Ga. App. 249, 249-250 (326 SE2d 240) (1985). However, the application materials do not include a certificate of immediate review. The absence of a certificate of immediate review deprives this Court of jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/01/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*